# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-1109**  **September Term, 2022**

FDA-2021N0028

Filed On: April 18, 2023 [1995349]

Timothy Baxter,

      Petitioner

   v.

Food & Drug Administration, et al.,

      Respondents

## N O T I C E

    This case was docketed on April 14, 2023. The Food & Drug Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on April 14, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                    BY:    /s/
                                Emily K. Campbell
                                Deputy Clerk

Attachment:
    Certified Copy of Petition for Review